UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NO. 2:16-mj-01089-BO

FILED

AUG 0 3 2017

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES OF AMERICA )
                         )
        v.               )          ORDER
                         )
NICHOLAS C. FOSTER       )

This matter comes now before this Court on motion of the United States, by and through the United States Attorney, pertaining to the above entitled matter to accept the collateral proffered by the defendant.

For good cause shown, the Court hereby GRANTS the government's motion and ORDERS the proffered collateral be accepted and that this case be closed. This case is hereby adjudicated.

So ORDERED, this _3_ day of _August_____, 2017.

_____
TERRENCE W. BOYLE
United States District Judge